IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Lavadre Dashun Butler, #337779,  ) | |
| ) | C/A No. 4:12-3185-RMG |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | **ORDER** |
| ) | |
| Warden Padula; and John Doe officer  ) | |
| working at Lee County (Lee Correctional  ) | |
| Institution) in the northside of Darlington  ) | |
| dorm 11-8-10,  ) | |
| ) | |
| Defendants.  ) | |

Plaintiff is an SCDC inmate incarcerated at Perry Correctional Institution who, proceeding *pro se*, filed a complaint concerning prison conditions pursuant to 42 U.S.C. § 1983. By order dated January 16, 2013, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. Plaintiff responded by filing a motion for extension of time, which this court granted on February 8, 2013, giving Plaintiff until March 1, 2013, to bring the action into proper form. Plaintiff twice was warned that failure to provide the necessary information within the timetable set in the orders may subject the case to dismissal. Plaintiff did not respond to the February 8, 2013, order, and the time for response has lapsed. Plaintiff has failed to prosecute this case and has failed to comply with an order of this court. The case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

IT IS SO ORDERED.

_____
Richard M. Gergel
United States District Judge

March 11, 2013
Charleston, South Carolina

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.